# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL KEITH TAYLOR, | ) NO. EDCV 08-00263-ABC (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| A. HEDGPETH, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated. Having completed its *de novo* review, the Court accepts and adopts the Report and Recommendation.

IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 19, 2010

*Audrey B. Collins*

---
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE