**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARRELL KEITH TAYLOR,               ) NO. EDCV 08-00263-ABC (MAN)
                                    )
              Petitioner,           )
                                    )
     v.                             ) JUDGMENT
                                    )
A. HEDGPETH,                        )
                                    )
              Respondent.           )
_____)

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 19, 2010

_____
                    AUDREY B. COLLINS
          CHIEF UNITED STATES DISTRICT JUDGE